UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>VONNE RENKERT SCHAFER,<br><br>  Defendant. | NO. CR-11-050-JLQ-2<br><br>**ORDER GRANTING MOTION TO DISMISS** |

   BEFORE THE COURT is the Government's Motion for Dismissal With Prejudice (ECF No. 131). The Government seeks to dismiss the Indictment (ECF No. 25), which charged Defendant with Retaliating Against an Informant, pursuant to Fed.R.Civ.P. 48(a). The Government and the Defendant had previously entered into a Supervised Pre-Trial Diversion Agreement on October 11, 2011, and the court had entered an Order thereon. (ECF No. 117). The court has been informed by the United States Probation Office that Defendant has completed supervision and the community service condition of the Agreement. The Government's Motion further states that Defendant has completed the terms of the Agreement. Accordingly,

   **IT IS HEREBY ORDERED:**

   1. The Government's Motion To Dismiss (ECF No. 131) is **GRANTED**. The court makes no judgment as to the merits or wisdom of the dismissal.

   2. The Clerk shall enter Judgment dismissing with prejudice the Indictment (ECF No. 25) as to Vonne Renkert Schafer.

   3. The Clerk shall then close this file.

ORDER - 1

**IT IS SO ORDERED.**

The Clerk shall enter this Order and furnish copies to counsel, to Mr. Renkert Schafer, and to the United States Probation Office.

Dated this 11th day of October, 2013.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2